**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>       Plaintiff,<br>vs.<br><br>TIMP VALLEY FLORAL INCORPORATED, a Utah Corporation, and John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>       Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:16-CV-644-DN-BCW<br><br>Judge David Nuffer |

Plaintiff Carolyn Ford and Defendant Timp Valley Floral Incorporated, (collectively, the "Parties"), by and through undersigned counsel, stipulate and jointly move the Court for an order dismissing this action with prejudice. The Parties have resolved their dispute and agree that this matter should be dismissed with prejudice. A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

1

STIPULATED the 4th day of January, 2017

                                                FORD & CRANE PLLC

                                                *s/*     Matthew B. Crane
                                                Adam D. Ford
                                                Matthew B. Crane
                                                *Attorneys for Plaintiff*

STIPULATED the 4th day of January, 2017

                                                HATCH, JAMES, & DODGE P.C.

                                                *s/*     Justin L. James
                                                Justin L. James
                                                *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 4th day of January, 2017, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/     Matthew B. Crane
Matthew B. Crane