# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAROLYN FORD,<br><br>     Plaintiff,<br><br>v.<br><br>TIMP VALLEY FLORAL INCORPORATED, a Utah Corporation, and John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X,<br><br>     Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:16-CV-644-DN-BCW<br><br>District Judge David Nuffer |

Based on the Stipulated Motion to Dismiss With Prejudice,[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice.

The Clerk is directed to close the case.

SIGNED this 5th day of January, 2017.

BY THE COURT:

*/s/ David Nuffer*

David Nuffer
United States District Court Judge

---

[1] Docket no. 29, filed Jan. 4, 2017.